ALBERT V. ALVAREZ, CSR, RMR
Official Court Reporter
345th Judicial District Court
P.O. Box 1748
Austin, Texas  78767
(512)854-9373

January 26, 2015

Jeffrey D. Kyle, Clerk
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

RE:  COA No. 03-14-00738-CV; Trial Court Cause No. D-1-GN-10-002325
    RLJ II-C Austin Air, LP, et al. vs. RLJ Lodging Fund II Acquisition, LLC

Dear Mr. Kyle,

This is to inform you that the Reporter's Record in the above-captioned case is due today and is ready for filing.  However, payment has not been made in its entirety and thus I will not file the record until I am paid the balance.  If you have any questions please do not hesitate to contact me.

Thank you for your consideration in this matter.


Sincerely yours,

Albert V. Alvarez